**[J-45A-2023 and J-45B-2023]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ABINGTON HEIGHTS SCHOOL DISTRICT, | : | No. 105 MAP 2022 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Commonwealth Court dated |
| | : | February 10, 2022 at No. 404 C.D. |
| v. | : | 2021 Reversing the Pennsylvania |
| | : | Labor Relations Board's Order |
| | : | entered March 19, 2021 at No. |
| PENNSYLVANIA LABOR RELATIONS | : | PERA-C-19-202-E. |
| BOARD, | : | |
| | : | ARGUED:  September 13, 2023 |
| Appellant | : | |

| | | |
|---|---|---|
| ABINGTON HEIGHTS SCHOOL DISTRICT | : | No. 106 MAP 2022 |
| | : | |
| | : | Appeal from the Order of the |
| v. | : | Commonwealth Court dated |
| | : | February 10, 2022 at No. 404 C.D. |
| | : | 2021 Reversing the Pennsylvania |
| PENNSYLVANIA LABOR RELATIONS | : | Labor Relations Board's Order |
| BOARD | : | entered March 19, 2021 at No. |
| | : | PERA-C-19-202-E. |
| | : | |
| APPEAL OF: ABINGTON HEIGHTS | : | ARGUED:  September 13, 2023 |
| EDUCATION ASSOCIATION | : | |

<u>**ORDER**</u>

**PER CURIAM**                                    **DECIDED:  October 18, 2023**

AND NOW, this 18th day of October, 2023, the appeal is **DISMISSED** as having

been improvidently granted.